**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JESUS F. JIMENEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 3:18-cv-2417-M (BT)** |
| | ) | |
| **LORIE DAVIS,** *Director,* **TDCJ-CID** | ) | |
| **Respondent.** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

In the event, the petitioner will file a notice of appeal, the court notes that

(   )   the petitioner will proceed *in forma pauperis* on appeal.

(X)   the petitioner will need to pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SO ORDERED this 13th day of March, 2019.


BARBARA M. G. LYNN
CHIEF JUDGE