IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESUS F. JIMENEZ, )<br>  Petitioner, )<br>v. )<br>   )<br>LORIE DAVIS, *Director*, TDCJ-CID)<br>  Respondent. ) | No. 3:18-cv-2417-M (BT) |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the successive habeas petition is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). See 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[1]

The Clerk's Office shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the Unites States Magistrate Judge, to the parties.

SO ORDERED this 13th day of March, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE

---

[1] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. See *United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015).